PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR (SBN 180841)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	pamela.cogan@rmkb.com; robert.forni@rmkb.com; norman.lau@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

FRANK N. DARRAS (SBN 128904)
LISSA A. MARTINEZ (SBN 206994)
SUSAN B. GRABARSKY (SBN 203004)
DARRAS LAW
3257 East Guasti Road, Suite 300
Ontario, CA  91761-1227
Telephone:	(909) 390-3770
Facsimile:	(909) 974-2121
Email:	frank@darraslaw.com; lmartinez@darraslaw.com; sgrabarsky@darraslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KAHN-WETZEL,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | CASE NO.  3:16-cv-00171 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, SUSAN KAHN-WETIZEL, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated: June 14, 2016    ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Dated: June 14, 2016    DARRAS LAW

By: */s/ Susan B. Grabarsky*
FRANK N. DARRAS
LISSA A. MARTINEZ
SUSAN B. GRABARSKY
Attorneys for Plaintiff,
SUSAN KAHN-WETZEL

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: 6/15/16

_____
Hon. Edward M. Chen
United States District

IT IS SO ORDERED
Judge Edward M. Chen